**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                              NO. 4:14CR00151-03 JLH

LINDA PERRY                                                                                                  DEFENDANT

## ORDER

On September 25, 2014, United States Magistrate Judge Joe J. Volpe appointed CJA Panel Attorney Lea Ellen Fowler to represent defendant Linda Perry in the above-styled matter. Attorney Dale Adams filed an entry of appearance as retained counsel on October 10, 2014. Document #65.

IT IS HEREBY ORDERED that Dale Adams is hereby substituted as retained counsel of record for defendant Linda Perry, and panel attorney Lea Ellen Fowler is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 15th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE